```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                           JACKSON DIVISION
```

**M.L. BERRY, ET AL.** **APPELLANTS**

**VS.** **APPEAL NO. 3:07-cv-534-WHB-LRA**
**BANKRUPTCY CASE NO.95-03768-NPO**

**PHARMACIA CORP., ET AL.** **APPELLEES**

### JUDGMENT OF DISMISSAL

In accordance with the Opinion and Order entered this day, which granted the Motion of Appellees Borg Warner Inc. and Kuhlman Corporation to Dismiss Bankruptcy Appeal, the appeal taken by Appellants in the above referenced bankruptcy case is hereby dismissed.

The Clerk of Court is ordered to forward a copy of this Judgment of Dismissal to the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi.

SO ORDERED this the 24th day of January, 2008.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE